JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GEN ZHOU,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | No. 8:23-cv-00917-CJC-ADS<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

 Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

 IT IS HEREBY ORDERED that the instant action shall be stayed until September 18, 2024.

Dated: July 31, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE